Case 3:03-cv-00619-SRU   Document 18   Filed 10/14/2003   Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 14  P 4: 31

WRIT OF EXECUTION
(APPLICATION)

Overnite Transportation Company
   **Plaintiff**

v.

**Defendant**
Cover It, Inc.

Civil Action No.
3:03 CV 0619(SRU)

October 7, 2003

**ADDRESS OF COURT:** U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

**DATE OF JUDGMENT:** September 24, 2003

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:**

Overnite Transportation Company

**NAME OF JUDGMENT DEBTOR:**

Cover It, Inc.

1. Amount of Judgment:   $493,798.25

2. Amount of Costs:   $0

3. Total Judgment and Costs:   $493,798.25

4. Interest:   ongoing

5. Total Paid on Account:   $0

6. Total Unpaid Judgment:   $493,798.25

SIGNED

*[signature]*

Peter E. Strniste, Jr. (20830)
Attorney for Plaintiff

Date:   October 7, 2003

Name and Address   Halloran & Sage LLP, 225 Asylum Street, Hartford, CT 06103
Tel. No.  (860) 522-6103

## EXECUTION

TO ANY PROPER OFFICER:

     WHEREAS on said date of judgment the Judgment Creditor recovered judgment against the Judgment Debtor before the Court for the amount stated, as appears of record, whereof execution remains to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the Judgment Debtor, and make demand for payment by the Judgment Debtor of all sums due under the money judgment. On failure of the Judgment Debtor to make immediate payment you are commanded to levy on nonexempt personal property of the Judgment Debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt personal property is in the possession of the Judgment Debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the Judgment Debtor has left the state prior to service of this execution, or if the Judgment Debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the Judgment Debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

     On failure of the Judgment Debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the Judgment Debtor in the Judgment Debtor's possession and, if the Judgment Debtor has left the state prior to service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the Judgement Debtor's last known address in this state and on any agent or attorney of the Judgment Debtor of record with the United States District Court, District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property of the Judgment Debtor for payment to you, or to levy on any nonexempt personal property or debt due said Judgment Debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Conn. Gen. Stat. § 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution, with your doings endorsed thereon, on the third person upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.

NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY ANY PROPER OFFICER PURSUANT TO THIS EXECUTION.

WITNESS THE HONORABLE

_____
UNITED STATES DISTRICT JUDGE

DATE:
_____
CLERK OF THE COURT


_____
DEPUTY CLERK

## RETURN OF SERVICE

STATE OF CONNECTICUT   :
                       : ss:
COUNTY OF              :

On the _____ day of _____, 1991, then and there I duly served the foregoing application, order and execution on _____

_____

by leaving with or at the usual place of abode of _____,

a true and attested copy of the original application, order and execution.

Attest:_____
Proper Officer

_____
Title

INSTRUCTION FOR WRIT OF EXECUTION
(Application)

Name and mailing address of Judgment Creditor or attorney

Peter E. Strniste, Jr., Esq. Attorney for Overnite Transportation Company
Halloran & Sage LLP, 225 Asylum Street,
Hartford, CT 06103

**PLAINTIFF OR PLAINTIFF'S ATTORNEY** - Type or Print. Complete original and 4 copies of the Application. If judgment debtor is a natural person, attach copy of Exemption Form. Present original and 3 copies to clerk of court.

**CLERK** - Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal of the judgment has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; original and copies to the applicant. Retain a copy for the file.

**SHERIFF** - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption claim form to copy(ies) of execution served. Complete Section II on exemption claim form.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. 52-356a, you are required to mail to the judgment debtor (indicated on reverse side) at his last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the sheriff property owned by the judgment debtor in your possession or you must deliver to the sheriff payment of a debt owed by you to the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the sheriff when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. 52-356a, you are required to deliver to the sheriff, property in your possession owned by the judgment debtor or pay to the sheriff the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the sheriff when the debt becomes due if it becomes due within four months after the date of issuance of this execution.