19

03cv619m Appt cnsl

UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

2003 OCT 30  A 11: 18

US DISTRICT COURT
BRIDGEPORT CT

Overnite Transport
vs.
Cover it Inc.

CIVIL ACTION NO.   3:03 CV 619 (SRU)

cw

## MOTION FOR APPOINTMENT OF PERSON
## TO SERVE PROCESS

Plaintiff moves this Court to appoint __Abraham Glassman__, a qualified person over eighteen (18) years of age, residing in __Hartford County__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __Hartford__, Connecticut, this __27th__ day of __October__, 2003.

Attorney for Plaintiff
Peter E. Strniste, Jr.
Fed. Bar No. ct20830
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

SO ORDERED.

KEVIN F. ROWE, CLERK

By: _____
Deputy Clerk

Dated: 11/4-03

FILED 2003 NOV -4 US DISTRICT BRIDGEPORT

Procedure\process.apt\Rev.9/99