FILED

2003 NOV -7  P 12: 27

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| OVERNITE TRANSPORTATION COMPANY<br>        Plaintiff, | : CIVIL ACTION NO.<br>: 3:03 CV 0619 (SRU)<br>: |
| V. | : |
| COVER-IT, INC.<br>        Defendant. | :<br>: NOVEMBER 6, 2003 |

## MOTION TO EXTEND
## TIME TO RESPOND

**Cover-It, Inc.** ("Defendant") files this its Motion to Extend Time to Reply to post-judgment interrogatories. Defendant states:

1. Plaintiff served post-judgment interrogatories upon Defendant on or about October 5, 2003.

2. Defendant has been unable to respond due to the unavailability of the officer of the Company to meet with counsel to discuss the responses thereto.

3. Defendant respectfully requests the time to respond to post-judgment interrogatories be extended to December 4, 2003.

GORMAN, ENRIGHT & BUTLER, P.C.
291 S. Lambert Road, Orange, CT 06477
Telephone: (203)795-2840  Facsimile: (203)795-2839
Juris #409600

WHEREFORE, Defendant respectfully requests an extension to December 4, 2003 to respond to the post-judgment interrogatories.

FOR THE DEFENDANT,<br>
COVER-IT, INC.

BY: _____<br>
WILLIAM A. BUTLER

GORMAN, ENRIGHT & BUTLER, P.C.
291 S. Lambert Road, Orange, CT 06477
Telephone: (203)795-2840  Facsimile: (203)795-2839
Juris #409600

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| OVERNITE TRANSPORTATION COMPANY | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03 CV 0619 (SRU) |
| | : | |
| V. | : | |
| | : | |
| COVER-IT, INC. | : | |
| Defendant. | : | NOVEMBER 6, 2003 |

## ORDER

The foregoing matter having come before the Court, it is hereby

**ORDERED**:   the motion to extend time to respond having been presented to the Court, is hereby **GRANTED.**


_____

UNITED STATES DISTRICT COURT


GORMAN, ENRIGHT & BUTLER, P.C.
291 S. Lambert Road, Orange, CT 06477
Telephone: (203)795-2840  Facsimile: (203)795-2839
Juris #409600

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| OVERNITE TRANSPORTATION COMPANY<br>        Plaintiff, | :  CIVIL ACTION NO.<br>:  3:03 CV 0619 (SRU)<br>: |
| V. | : |
| COVER-IT, INC.<br>        Defendant. | :<br>:  NOVEMBER 6, 2003 |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed, postage prepaid, on this 6th day of November, 2003, to the following:

Peter E. Strniste, Jr., Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT  06103

_____
WILLIAM A. BUTLER

Over5050/#27754.doc

GORMAN, ENRIGHT & BUTLER, P.C.
291 S. Lambert Road, Orange, CT  06477
Telephone: (203)795-2840  Facsimile: (203)795-2839
Juris #409600