FILED

2003 NOV 12  A 10: 26

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OVERNITE TRANSPORTATION COMPANY<br>Plaintiff, | CIVIL ACTION NO.<br>3:03 CV 0619 (SRU) |
| V. | |
| COVER IT, INC.<br>Defendant. | NOVEMBER 10, 2003 |

**PLAINTIFF'S, OVERNITE TRANSPORTATION COMPANY, OBJECTION TO DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND**

The Plaintiff, Overnite Transportation Company ("OTC"), hereby objects to Defendant's Motion to Extend Time to Respond to Post Judgment Interrogatories.

Defendant's Motion should be denied for several reasons. First and foremost, a default judgment has already been entered by the Court against this Defendant. Accordingly the Defendant's Motion to Extend Time to Respond is procedurally improper and should be denied on this ground alone.

Second, Defendant's Motion to Extend Time to Respond should be denied as *untimely*. Plaintiff obtained its Judgment against the Defendant on September 23, 2003. OTC served Post Judgment Interrogatories upon the Defendant on October 2, 2003. Defendant's responses were due on or before November 3, 2003. However, Defendant failed to request an extension of time until November 6, 2003 – one day after the Plaintiff served Defendant's potential *alter ego* company, North American Outdoor

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Products, LLC ("NAOP"), with a Subpoena as a result of NAOP's failure to respond to Post Judgment Interrogatories.

Lastly, Defendant's Motion to Extend Time to Respond appears to be nothing more than an attempt to delay Plaintiff's efforts to identify assets and execute upon its Judgment. Indeed, based upon information and belief, Cover It, Inc. and NAOP are engaged in similar, if not identical, business operations at the same address and may be one and of the same company. The Plaintiff also believes that the Defendant has, or is about to, transfer or encumber assets and/or real property that would otherwise be available to satisfy the Judgment. The Plaintiff intends to move forward with depositions of the Defendant's officers and employees and the officers and employees of NAOP to explore the possibility that improper conveyances or transfers may have occurred and to explore whether the Defendant's corporate veil can be pierced to satisfy the Judgment against the Defendant. An extension of time of an additional thirty days to respond to Post Judgment Interrogatories would severely prejudice and impede the Plaintiff's ability to quickly investigate, locate and execute upon assets or real property owned by the Defendant or its potential *alter egos*.

For the foregoing reasons, the Plaintiff respectfully requests the Court to deny Defendant's Motion to Extend Time to Respond.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE PLAINTIFF,
OVERNITE TRANSPORTATION
COMPANY

By _____
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE LLP
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on November 10, 2003, a copy of the foregoing was either mailed, postage prepaid, sent via Federal Express overnight mail or hand-delivered to:

William A. Butler, Esq.
Gorman, Enright, Butler & Liberti, P.C.
291 South Lambert Road
Orange, CT 06477

_____
Peter E. Strniste, Jr.

483496_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105