

FILED

2003 NOV -7 P 12: 27

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| OVERNITE TRANSPORTATION COMPANY | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03 CV 0619 (SRU) |
| V. | : | |
| COVER-IT, INC. | : | |
| Defendant. | : | NOVEMBER 6, 2003 |

## MOTION TO EXTEND TIME TO RESPOND

**Cover-It, Inc.** ("Defendant") files this its Motion to Extend Time to Reply to post-judgment interrogatories. Defendant states:

1. Plaintiff served post-judgment interrogatories upon Defendant on or about October 5, 2003.

2. Defendant has been unable to respond due to the unavailability of the officer of the Company to meet with counsel to discuss the responses thereto.

3. Defendant respectfully requests the time to respond to post-judgment interrogatories be extended to December 4, 2003.

GORMAN, ENRIGHT & BUTLER, P.C.
291 S. Lambert Road, Orange, CT 06477
Telephone: (203)795-2840  Facsimile: (203)795-2839
Juris #409600

*[Handwritten margin annotations: "MOTION DENIED. SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J." and "11/6/03" and "Next time"]*