UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OVERNITE TRANSPORTATION COMPANY, <br>     PLAINTIFF, <br><br> V. <br><br> COVER IT, INC., <br>     DEFENDANT. | ) CIVIL ACTION NO.: <br> ) 3:03 CV 0619 (SRU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) FEBRUARY 1, 2005 |

### SATISFACTION OF JUDGMENT

WHEREAS, on September 24, 2003, a judgment was entered in favor of the plaintiff in the above-entitled action for the sum of $493,798.25; and

WHEREAS, said judgment has been fully paid to the plaintiff.

THEREFORE, satisfaction of said judgment is hereby acknowledged and the Clerk of Court is hereby authorized and directed to cancel and discharge the same and to make entry of this Satisfaction of Judgment on the docket.

THE PLAINTIFF,
OVERNITE TRANSPORTATION
COMPANY,

By: _____
Steven H. Malitz, Esq. of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. CT 07848
Its Attorneys

One Goodwin Square     HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103                                                  Juris No 26105

## CERTIFICATION

This is to certify that on this 1st day of February, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Howard Kantrovitz, Esq.
Kantrovitz & Brownstein, P.C.
P.O. Drawer 3557
New Haven, CT 06525

and all pro se parties of record.

Steven H. Malitz

638695_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105